"O"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV08-1429 AG (MLGx) | Date | November 2, 2009 |
|---|---|---|---|
| Title | SYSTEMIC FORMULAS, INC. v. DAYEOON KIM, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **ORDER DENYING PLAINTIFF'S MOTION FOR CONTEMPT**

Before this Court is the Motion for Contempt ("Motion") filed by Systemic Formulas, Inc. ("Systemic"). The Motion is DENIED.

## LEGAL STANDARD

Civil contempt "consists of a party's disobedience to a specific and definite court order by failure to take all reasonable steps within the party's power to comply." *In re Dual-Deck Video Cassette Recorder Antitrust Litigation,* 10 F.3d 693, 695 (9th Cir. 1993). The party alleging contempt must demonstrate that the court's order was violated by "clear and convincing evidence." *Vertex Distrib., Inc. v. Falcon Foam Plastics, Inc.,* 689 F.2d 885, 889 (9th Cir. 1982).

## ANALYSIS

Systemic moves for contempt against Veripak Corporation, Inc. ("Veripak") and Veripak's Vice President, Paul Edalat ("Edalat").

    1.    **VERIPAK**

Systemic alleges that Veripak failed to comply with a subpoena seeking "(1) the deposition of a Veripak representative and (2) the production of certain documents." (Motion 2:14-16.) The

"O"

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV08-1429 AG (MLGx) | Date | November 2, 2009 |
|---|---|---|---|
| Title | SYSTEMIC FORMULAS, INC. v. DAYEOON KIM, et al. | | |

Court ordered Veripak to comply with the subpoena. (Docket Entry 8, January 26, 2008.)

Veripak claims that a Veripak representative has been deposed and that Veripak provided Plaintiff's counsel with all documents responsive to the subpoena request. (Opposition 2:4-6; 1:22-24.) Systemic did not submit a Reply. Thus, Systemic fails to demonstrate by clear and convincing evidence that the court's order was violated. The Court DENIES Systemic's Motion for Contempt against Veripak.

### 2.   EDALAT

Systemic alleges that Eladat must be held in contempt by virtue of his status as an officer and shareholder of Veripak. But Systemic fails to demonstrate that Veripak failed to follow a court order. Further, Veripak contends that Eladat was not properly served (Opposition 2:14) and Plaintiff does not dispute Veripak's contention. The Court DENIES Plaintiff's Motion for Contempt against Eladat.

### **DISPOSITION**

Systemic's Motion for Contempt is DENIED.

_____ : ___0___

Initials of Preparer  _____