UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-1429-AG(RNBx) | Date | November 2, 2009 |
|---|---|---|---|
| Title | SYSTEMIC FORMULAS, INC. v DAEYOON KIM, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge | |
|---|---|---|
| Lisa Bredahl | Debbie Gale | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present

**Proceedings:** PLAINTIFF'S MOTION FOR CONTEMPT AGAINST VERIPAK CORPORATION, INC. AND PAUL EDALAT

Cause is called for hearing and counsel make their appearances. Matter is argued. Motion is DENIED. A separate minute Order Denying Plaintiff's Motion for Contempt is issued this date.

|  | : | 06 |
|---|---|---|
| Initials of Preparer | lmb | |